**Philip Lempriere**, OSB #080063
Email: plempriere@schwabe.com
**Molly J. Henry**, OSB #140023
Email: mhenry@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711
Facsimile: 206.292.0460
Attorneys for Defendant and Counterclaimant
COSCO SHIPPING Lines Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SHELTER FOREST INTERNATIONAL ACQUISITION, INC.**, an Oregon Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**COSCO SHIPPING (USA) INC.**, a Delaware Corporation, **COSCO SHIPPING LINES (NORTH AMERICA) INC.**, a Delaware Corporation, **COSCO SHIPPING TERMINALS (USA) LLC**, a Delaware LLC, **RUDY ROGERS**, an individual, **COSCO SHIPPING LINES CO., LTD.**, and **JANE AND JOHN DOES NOS. l-3,**<br><br>Defendants.<br><br>**COSCO SHIPPING LINES CO., LTD.,** | No. 3:19-cv-01259-JR<br><br>ORDER GRANTING ATTORNEYS' FEES AND SUPPLEMENTAL JUDGMENT |

Page 1 -   ORDER & SUPPLEMENTAL JUDGMENT GRANTING ATTORNEYS' FEES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711
Fax:206-292-0460

|  |  |
|---|---|
| Defendant-Counterclaimant, | |
| vs. | |
| **SHELTER FOREST INTERNATIONAL ACQUISITION, INC.,** | |
| Plaintiff-Counterdefendant. | |

This matter came before the Court on the unopposed motion of COSCO Shipping Lines Co. Ltd. ("CSL") for attorney's fees and prejudgment interest. The Court is fully advised as to the premises of the motion.

The hourly rates charged by CSL's counsel are reasonable in light of the 2017 Oregon Bar Economic Survey. The amount of attorney's fees sought has been negotiated down by the parties and the Court finds that the amount reflects a reasonable amount for the work entailed, the skill of counsel, and the results obtained. CSL's motion is GRANTED.

It is hereby ORDERED AND ADJUDGED that judgment be entered in favor of CSL for attorney's fees in the amount of $138,535.24 (apportioned $92,808.62 to the Service Contract claim, and $45,726.63 to the demurrage claim), prejudgment interest of $1,336.20, and costs in the amount of $1,260.

Dated this 20th day of January, 2021.

/s/ Jolie A. Russo
UNITED STATE MAGISTRATE JUDGE

Page 2 -   ORDER AND SUPPLEMENTAL JUDGMENT GRANTING ATTORNEYS' FEES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711
Fax:206-292-0460

**Presented by:**

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Molly J. Henry
Philip Lempriere, OSB #080063
Molly J. Henry, OSB #140023
Attorneys for Defendant and Counterclaimant
COSCO SHIPPING Lines Co., Ltd.

Page 3 -   ORDER AND SUPPLEMENTAL JUDGMENT
          GRANTING ATTORNEYS' FEES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711
Fax: 206-292-0460